```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re:                              :   Chapter 7
                                        Case No. 19-13895 (JLG)
ORLY GENGER,                        :

              Debtor.               :

-----------------------------------x

DALIA GENGER and D&K GP LLC,        :   Adv.Pro.No. 19-01445 (JLG)

              Plaintiffs,           :

     -against-                      :

ORLY GENGER,                        :

              Defendant.            :

-----------------------------------x
```

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that DALIA GENGER and D&K GP LLC hereby appear in the above-captioned adversary proceeding by their undersigned counsel. All papers in this proceeding should be served upon the following at the office, address, telephone number and e-mail address set forth below:

> Ira Daniel Tokayer, Esq.
> 420 Lexington Avenue, Suite 2400
> New York, New York  10170
> TEL:     (212) 695-5250
> FAX:     (212) 695-5450
> E-Mail:  imtoke@mindspring.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "Filings"), whether formal

or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way the rights or interests of DALIA GENGER and D&K GP LLC, or requires or seeks to require any act, delivery of any property, payment or other conduct by the captioned debtor.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers includes and constitutes a request to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Papers and any subsequent appearance pleading, claim, or suit is not intended nor shall be deemed to waive the rights of DALIA GENGER and D&K GP LLC: (1) to have final orders in non-core matters entered only after de novo review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which DALIA GENGER and D&K GP LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments

expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Papers shall not constitute (a) a waiver of the right of DALIA GENGER and D&K GP LLC to contest service of any Filing, or (b) a consent by DALIA GENGER and D&K GP LLC to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in this case against or otherwise involving DALIA GENGER and D&K GP LLC.

Dated:  New York, New York
        December 12, 2019

```
                         _____/s/_____
                         IRA DANIEL TOKAYER, ESQ. (IT-4734)
                         Attorney for DALIA GENGER and D&K
                         GP LLC
                         420 Lexington Avenue, Suite 2400
                         New York, New York  10170
                         TEL: (212) 695-5250
                         FAX: (212) 695-5450
                         imtoke@mindspring.com
```

NOT Appearance 02A.wpd